IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

ZACHARY GONNELLI,

      Appellant,

 v.                                  Case No.  5D16-3177

STATE OF FLORIDA,

      Appellee.

_____/

Opinion filed July 21, 2017

Appeal from the Circuit Court
for Lake County,
Mark A. Nacke, Judge.

James S. Purdy, Public Defender, and
Andrew Mich, Assistant Public Defender,
Daytona Beach, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Rebecca Rock
McGuigan, Assistant Attorney General,
Daytona Beach, for Appellee.


PER CURIAM.

We affirm this *Anders*[1] appeal but remand to correct a scrivener's error in the judgment.  The trial court orally pronounced that it found Gonnelli qualified as a violent career criminal and sentenced him accordingly; however, the written judgment and

_____
[1] *Anders v. California*, 386 U.S. 738 (1967).

sentence reflects that Gonnelli was sentenced as a habitual violent felony offender. On remand, the judgment should be corrected to reflect that Gonnelli was sentenced as a violent career criminal.

AFFIRMED and REMANDED.

EVANDER, BERGER and WALLIS, JJ., concur.